JC   /304A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

In re: ELREE D ASHFORD, JR                                     Case No: 2:21-bk-11284 J

OBJECTION TO CONFIRMATION OF PLAN
AS AMENDED PRE-CONFIRMATION ON 11/15/2021

Comes now Mark T. McCarty, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **In that the debtor has failed to provide evidence that income tax returns for "all taxable periods ending during the four year period ending on the date of the filing of the petition" have been filed in accordance with the provisions of 11 U.S.C. §1308 and §1325(a)(9).**

2. 11 U.S.C. §1325(b). Payments to be paid to unsecured creditors are inconsistent with disposable income. **Trustee requests current paystubs to verify income decrease on Schedule I.**

3. 11 U.S.C. §1322(a)(1). **The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan, in that the plan base is insufficient to accomplish the purposes designated in the plan.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Mark T. McCarty, Chapter 13 Standing Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 11/18/2021                                              /s/ Mark T. McCarty
                                                                CHAPTER 13 TRUSTEE

cc:   Elree D Ashford, Jr
      P O Box 106
      Gilmore, AR  72339-0100

      Matthew D Mentgen, Atty   (Noticed by ECF)
      P O Box 164439
      Little Rock, AR  72216-4439