GO11-17(a)/tw     /59A

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

IN RE: Elree D Ashford, Jr    CASE NO:  2:21-bk-11284 J
Chapter 13

## CHAPTER 13 ORDER TO MODIFY PLAN AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [62], filed on 11/18/2021 by the Trustee. The Objection was set for hearing on 12/14/2021. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The debtor is hereby granted 21 days from the date of this Order to file a modification to the plan and to provide documentation, proof of filing of 2020 income tax return and current paystubs, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/ Phyllis M. Jones

Phyllis M. Jones
U.S. Bankruptcy Judge

Date: December 14, 2021

cc: Mark T. McCarty, Trustee

Matthew D Mentgen, Atty    (Noticed by ECF)
P O Box 164439
Little Rock, AR 72216-4439

Elree D Ashford, Jr
P O Box 106
Gilmore, AR 72339-0100